IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WIHLY HARPO-BROWN,

       Plaintiff,

       v.

LYNN BAILEY, et al.,

       Defendants.

CIVIL ACTION NO.: 1:20-cv-161

## O R D E R

The Magistrate Judge issued a Report on November 9, 2023, recommending dismissal for failure to follow a Court Order and failure to prosecute. Doc. 21. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has expired.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Accordingly, the Court **DENIES as moot** Plaintiff's remaining pending Motions. Docs. 4, 5.

**SO ORDERED**, this ___6ᵗʰ___ day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA