IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WILHY HARPO-BROWN, | ) |
| Plaintiff- Appellant, | ) |
| V. | ) CASE NO. 1:20-cv-161 |
| | ) Appeal No. 24-10078-H |
| DIRECTOR, RICHMOND COUNTY BOARD OF ELECTIONS, RICHMOND COUNTY BOARD OF ELECTIONS, all board members individually, AUGUSTA-RICHMOND COUNTY COMMISSION, Commission Chair Person - Mayor | ) |
| Defendants - Appellees. | ) |

ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___14th___ day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA